# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **STEPHANIE WHEELER** | **CIVIL ACTION NO. 17-0847** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **DOLLAR TREE STORES, INC.** | **MAG. JUDGE PATRICK J. HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 30], to the extent ADOPTED, and for those additional reasons in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Dismiss and Compel Arbitration [Doc. No. 6], which the Court converted into a motion for summary judgment, is GRANTED. The parties are COMPELLED TO ARBITRATE this dispute, and this proceeding is DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 4th day of January, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE